**Love Court Reporting, Inc.**
2002 Sproul Road, Suite 100
Broomall, PA  19008
(610) 355-1948          (215) 568-5599

# Invoice

| DATE | INVOICE # | DUE DATE |
|---|---|---|
| 12/9/2010 | 38696 | 1/8/2011 |

| BILL TO |
|---|
| Luke P. Wright, Esquire<br>Fox Rothschild LLP<br>997 Lenox Drive, Building 3<br>Lawrenceville, New Jersey 08648 |

| SHIP TO |
|---|
|  |

| P.O. NUMBER | TERMS | SHIP | VIA | REP | Sales Rep |
|---|---|---|---|---|---|
| Nicole | Net 30 | 12/9/2010 | UPS | JWH | H |

| JOB DATE | QUANTITY | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 12/1/2010 | 1 | Re: Abidan F. Muhammad vs. Wal-Mart Stores East, L.P.<br><br>***********Statement on the Record**************<br>Original & copy-minimum transcript fee<br>Attendance<br>Shipping and handling<br><br><br>**Transcript was e-mailed 12/9/10.<br>**Deposition was scheduled for 10:00 am. and started at 10:57 am.<br><br>Location:  Rochester, New York | 195.00<br>98.00<br>11.00 |

Payment is NOT contingent upon client reimbursement.

Please remit to above address.

**Total**     $304.00

FED TAX ID: 23-2999442     Credit Cards Accepted. To make a payment, please call our office or visit www.lovecourtreporting.com.

