AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
Western District of New York

| | | |
|---|---|---|
| ABIDAN F. MUHAMMAD | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  10-CV-6074 |
| WAL-MART CORP | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒  the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

❒  the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

[X]  other:   the complaint is dismissed with prejudice. _____
_____ .


This action was *(check one)*:

❒  tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒  tried by Judge _____ without a jury and the above decision
was reached.

[X]  decided by Judge _____ Charles J. Siragusa _____ on a motion for   summary
judgment.
_____ .


Date: _____ Aug 20, 2012 _____

*CLERK OF COURT*


s/Michael J. Roemer
_____
*Signature of Clerk or Deputy Clerk*